[No. 5753-1-II.  Division Two.  May 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES K. FINCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-1-00045-1, Jay W. Hamilton, J., entered July 29, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5024-6-III.  Division Three.  May 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN E. OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4913, Howard Hettinger, J., entered February 1, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

[No. 5094-3-II.  Division Two.  May 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN SALTER MALCOLM, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00183-3, Robert L. Harris, J., entered September 9, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.